An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF AMERISTATE
LEGAL PLAN, INC.

No. 61432

**FILED**

FEB 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER APPROVING STIPULATION
### AND DISMISSING PETITION

On February 1, 2013, the parties filed a stipulation to allow petitioner to withdraw this petition without prejudice to re-file it at a later date. Having considered the stipulation, we approve it. This petition is hereby dismissed, the parties to bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Nikolas L. Mastrangelo
David Clark, Bar Counsel
Kimberly Farmer, Executive Director, State Bar of Nevada

_____

[1]This order constitutes the final resolution of this matter; should the petition be re-filed, it shall be docketed as a new and separate matter.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-05930